UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KAREEM J. HOWELL,<br><br>        Plaintiff,<br><br>   v.<br><br>J. BURNES, et al.,<br><br>        Defendants. | No. 1:19-cv-00568-NONE-JLT (PC)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS<br><br>(Doc. No. 13) |

Plaintiff Kareem J. Howell is a state prisoner proceeding *pro se* and *in forma pauperis* in this civil rights action under 42 U.S.C. § 1983. This matter was referred to the assigned magistrate judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On February 4, 2020, the magistrate judge filed a screening order, finding that plaintiff's complaint (Doc. No. 1) states cognizable claims against Defendants J. Burnes, C. Gamboa, and A. Randolph, but not against J. Ceballos and the unnamed warden of California State Prison, Corcoran. (Doc. No. 10.) Pursuant to the screening order, plaintiff filed a notice that he "would like to proceed . . . only on the claims found to be cognizable by the court . . . against Defendants Burnes, Gamboa, and Randolph," and that he "would like Defendants Ceballos and the warden to be dismissed." (Doc. No. 11.) Accordingly, on February 24, 2020, the magistrate judge issued findings and recommendations, recommending that Ceballos and the warden be dismissed. (Doc.

| | |
|---|---|
| 1 | No. 13.)  The findings and recommendations were served on plaintiff and provided him fourteen |
| 2 | (14) days to file objections thereto.  (*Id.* at 2.)  Plaintiff has not filed objections and the time do so |
| 3 | has passed. |
| 4 | In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), this court has conducted a |
| 5 | *de novo* review of this case.  Having carefully reviewed the file, the court finds the findings and |
| 6 | recommendations to be supported by the record and proper analysis. |
| 7 | Accordingly, |
| 8 | 1.  The findings and recommendations filed on February 24, 2020 (Doc. No. 13) are |
| 9 | adopted in full; |
| 10 | 2.  Defendants J. Ceballos and the unnamed warden are dismissed; and, |
| 11 | 3.  This case is referred back to the assigned magistrate judge for further proceedings. |

IT IS SO ORDERED.

Dated: **March 31, 2020**

_____
UNITED STATES DISTRICT JUDGE