1
2
3
4
5
6
7
8                    UNITED STATES DISTRICT COURT

9                    EASTERN DISTRICT OF CALIFORNIA

10

11   KAREEM J. HOWELL,                      Case No. 1:19-cv-00568-NONE-JLT (PC)

12              Plaintiff,                   **ORDER GRANTING DEFENDANTS'**
                                             **MOTION TO MODIFY DISCOVERY**
13        v.                                 **AND SCHEDULING ORDER**

14   J. BURNES, et al.,                      (Doc. 29)

15              Defendants.

16

17         Defendants move to modify the Court's discovery and scheduling order to extend the

18   deadline for exhaustion-based dispositive motions by 21 days. (Doc. 29.) The current deadline is

19   September 17, 2020. (Doc. 28 at 3.) The deadline for Plaintiff to file an opposition or a statement

20   of non-opposition to Defendants' motion has not yet passed, *see* Local Rule 230(l); however, the

21   Court finds neither necessary here. Upon review of Defendants' motion, including defense

22   counsel's declaration, the Court finds good cause to grant Defendants' request. Accordingly, the

23   Court GRANTS the motion. Defendants shall have until October 8, 2020, to file a dispositive

24   motion challenging exhaustion of administrative remedies.

25

26   IT IS SO ORDERED.

27     Dated:   __September 17, 2020__            ____/s/ Jennifer L. Thurston____
                                                 UNITED STATES MAGISTRATE JUDGE
28