UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KAREEM J. HOWELL,<br><br>        Plaintiff,<br><br>    v.<br><br>J. BURNES, et al.,<br><br>        Defendants. | Case No. 1:19-cv-00568-NONE-JLT (PC)<br><br>**ORDER GRANTING DEFENDANTS' MOTION TO MODIFY DISCOVERY AND SCHEDULING ORDER**<br><br>(Doc. 35) |

    Before the Court is Defendants' motion to modify the discovery and scheduling order pursuant to Federal Rule of Civil Procedure 16. (Doc. 35.) Defendants request that the discovery and dispositive motion deadlines be extended until after the Court rules on their pending, exhaustion-based motion for summary judgment.[1] (*Id.*) The discovery cutoff date was November 17, 2020, and the dispositive motion deadline is January 19, 2021. (Doc. 28.) The time for Plaintiff to file an opposition or a statement of non-opposition to Defendants' motion to modify has not yet passed, *see* Local Rule 230(l); however, the Court finds neither necessary here and deems the motion submitted.

///

///

///

---

[1] The Court granted Plaintiff an extension of time to file an opposition to Defendants' motion for summary judgment on November 3, 2020. (Doc. 34.)

Good cause appearing, the Court GRANTS Defendants' motion to modify the discovery and scheduling order. The Court VACATES the discovery and dispositive motion deadlines, to be reset if and when appropriate. All other deadlines remain in effect

IT IS SO ORDERED.

Dated: __**November 18, 2020**__          _____**/s/ Jennifer L. Thurston**_
                                                        UNITED STATES MAGISTRATE JUDGE