UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KAREEM J. HOWELL,<br><br>        Plaintiff,<br><br>   v.<br><br>J. BURNES, et al.,<br><br>        Defendants. | Case No. 1:19-cv-00568-NONE-JLT (PC)<br><br>**ORDER GRANTING DEFENDANTS' MOTION FOR EXTENSION OF TIME TO FILE REPLY**<br><br>(Doc. 40) |

      On October 7, 2020, Defendants filed a motion for summary judgment on the grounds that Plaintiff failed to exhaust administrative remedies prior to filing suit. (Doc. 31.) After receiving two extensions of time, Plaintiff filed an opposition to the motion on December 17, 2020. (Doc. 39.) Defendants request a 14-day extension of time to file a reply. (Doc. 40.) Good cause appearing, the Court GRANTS Defendants' request. Defendants shall have until January 7, 2021, to file a reply to Plaintiff's opposition to Defendants' motion for summary judgment.

IT IS SO ORDERED.

    Dated:   **December 27, 2020**          **/s/ Jennifer L. Thurston**
                                                            UNITED STATES MAGISTRATE JUDGE