UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KAREEM J. HOWELL,<br><br>   Plaintiff,<br><br>   v.<br><br>J. BURNS, et al.,<br><br>   Defendants. | Case No. 1:19-cv-00568-NONE-JLT (PC)<br><br>**ORDER DIRECTING THE CLERK OF THE COURT TO CLOSE CASE** |

On January 25, 2021, Plaintiff filed a motion to voluntarily dismiss this action with prejudice. (Doc. 43.) On February 5, 2021, Defendants filed a statement of non-opposition to Plaintiff's motion, with each side to bear its own costs. (Doc. 44.) The Court construes the parties' filings as a stipulation of dismissal with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). Accordingly, this action has terminated by operation of law, *see Commercial Space Mgmt. Co. v. Boeing Co.*, 193 F.3d 1074, 1078 (9th Cir. 1999), and the Clerk of the Court is directed to terminate all pending motions and to close this case.

IT IS SO ORDERED.

Dated: __**February 6, 2021**__         __**/s/ Jennifer L. Thurston**__
                                                              UNITED STATES MAGISTRATE JUDGE